# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BRUCE LYNN BANKS**                                                                          **PLAINTIFF**

V.                            **CASE NO. 3:13CV00044-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

Plaintiff Bruce Lynn Banks's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 9th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE